UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW-NECA LOCAL 180 HEALTH AND WELFARE TRUST, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEINY AND COMPANY, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-2900-PJH<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment (Dkt. 15). Any date for hearing on this motion previously noticed on the undersigned's calendar is VACATED. The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated:  November 13, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge