UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW-NECA LOCAL 180 HEALTH AND WELFARE TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEINY AND COMPANY, INC.,<br><br>Defendant. | Case No. 15-cv-2900-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

The court has reviewed Magistrate Judge Kim's report and recommendation re: plaintiff's application for default judgment. Defendant filed no objections to the report within the time allowed under 28 U.S.C. § 636(b)(1). The court finds the report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, plaintiff's motion for default judgment is GRANTED. Judgment will be entered in favor of plaintiffs in the amount of $39,987.87 pursuant to 29 U.S.C. § 1145, $66,231.92 in liquidated damages and interest pursuant to 29 U.S.C. § 185, and $6,808.50 in attorneys' fees and costs; for a total of $113,028.29.

**IT IS SO ORDERED.**

Dated: January 11, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge