UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW-NECA LOCAL 180 HEALTH AND WELFARE TRUST, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>STEINY AND COMPANY, INC.,<br><br>  Defendant. | Case No. 15-cv-2900-PJH<br><br>**JUDGMENT** |

Defendant having failed to make an appearance in this action, and the court having granted plaintiffs' motion for default judgment,

it is Ordered and Adjudged,

that plaintiffs shall recover from defendant the sum of $39,987.87 pursuant to 29 U.S.C. § 1145, $66,231.92 in liquidated damages and interest pursuant to 29 U.S.C. § 185, and $6,808.50 in attorneys' fees and costs; for a total of $113,028.29.

**IT IS SO ORDERED.**

Dated:  January 11, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge